UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WURM,

Plaintiff,

v.

ENTECH STAFFING SOLUTIONS,

Defendant.
_______________________________/

Case No. 2:26-cv-13107

District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

**ORDER SETTING "GLOBAL" SETTLEMENT CONFERENCE, STRIKING SEVERAL FILINGS (ECF Nos. 14, 15, 17, 18, 19, 21), ADDRESSING PLAINTIFF'S MOTIONS (ECF Nos. 16, 20), and STAYING THIS MATTER**

This matter is one of several Plaintiff has filed in this Court.[1] On October 20, 2026, the Court conducted an in-person conference (*see* ECF No. 13), at which Plaintiff appeared on his own behalf and Attorney Blake Christian Badget appeared on behalf of the Defendant.

Consistent with the discussion at the conference, the Court hereby notices a "global" settlement conference for **Wednesday, November 25, 2026 at 1:30 p.m.**, *i.e.*, it is intended to address not only the instant matter but also Plaintiff's other,

---

[1] *See also* 2:26-cv-12473-MFL-APP *Wurm v. Anchor Bay Packaging Corporation* (settlement pending); 2:26-cv-13134-SJM-KGA *Wurm v. Express Employment Professionals* (closed October 7, 2026); 2:26-cv-13953-TGB-DRG *Wurm v. Labor Staffing Solutions* (filed October 16, 2026); and, 2:26-cv-13955-SKD-KGA *Wurm v. HR Staffing Team LLC* (filed October 16, 2026).

related, pending lawsuits. If the case does not settle, then the Court will order the parties to submit a joint discovery plan.

For all of the reasons stated on the record: **(1)** the discovery plans (ECF Nos. 14, 21), Plaintiff's response to Defendant's answer (ECF No. 15), Plaintiff's index of exhibits (ECF No. 17), Plaintiff's response related to Defendant's answer (ECF No. 18), and Plaintiff's notice of related case developments (ECF No. 19) are hereby **STRICKEN;**[2] **(2)** Plaintiff's motion for protective order is **DENIED** (ECF No. 16); and, **(3)** Plaintiff's motion for leave to file a proposed global settlement resolution under seal pursuant to E.D. Mich. LR 5.3 (ECF No. 20) is **DENIED** without prejudice to the procedures permitted by Fed. R. Civ. P. 68 (which the Court discourages prior to completion of the upcoming settlement conference).

Additionally, this case is **STAYED** until further order of the Court. To be clear, <u>the parties may not file anything on this docket until the conclusion of the settlement conference</u>.

Finally, Plaintiff is hereby reminded that he must adhere to the Federal Rules of Civil Procedure, the E.D. Mich. Local Rules (including the Civility Principles Appendix), and the Undersigned's Practice Guidelines (accessible at

---

[2] To the extent Plaintiff's October 15, 2026 filing requested a pretrial status conference (*see* ECF No. 19) it is denied as moot. A reply (or response) to an answer is not permitted unless "the court orders one[.]" Fed. R. Civ. P. 7(a)(7).

www.mied.uscourts.gov). He is considered to be on notice of all instructions and admonitions given to him through his recently resolved case before the Undersigned (*see Wurm v. Anchor Bay Packaging Corporation*, Case No. 2:26-cv-12473-MFL-APP). Any filings that do not comply with these rules will be stricken.

**IT IS SO ORDERED.**[3]

Dated: October 20, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[3] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).